# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:16-cv-221 (CKK) |

## FOURTEENTH JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit this Fourteenth Joint Status Report in response to the Court's October 18, 2018 Minute Order.

### BACKGROUND

This lawsuit arises out of a FOIA Request (the "Request") dated May 13, 2015 for records concerning the government's Countering Violent Extremism ("CVE") programs.[1] On February 22, 2019, the parties filed their thirteenth joint status report, informing the Court of the status of Defendants' responses to Plaintiffs' FOIA Request. ECF No. 34. This Court's October 18, 2018 Minute Order directs the parties to file a joint status report every ninety days, making this joint status report due by May 23, 2019.

### UPDATED STATUS

The parties continue to confer regarding Defendants' responses to Plaintiffs' Request.

---

[1] Plaintiffs' FOIA claims against Defendant Department of Education pertain only to a FOIA request dated October 15, 2015 concerning CVE.

Defendants state the following regarding their production of responsive, non-exempt records:[2]

<u>Department of Homeland Security</u>.  Pursuant to the December 21, 2016 Joint Status Report, the Department of Homeland Security ("DHS") Privacy Office made interim productions on March 1, 2019,[3] March 29, 2019, and April 29, 2019.  The DHS Privacy Office will continue its processing and release of records in accordance with the December 21, 2016 Joint Status Report.

Pursuant to the March 20, 2017 Joint Status Report, the Cybersecurity & Infrastructure Security Agency ("CISA") at DHS, formerly known as the National Protection and Programs Directorate, made interim productions on February 28, 2019, March 29, 2019, and April 30, 2019.  CISA will continue its processing and release of records in accordance with the March 20, 2017 Joint Status Report.

<u>Department of State</u>.  Pursuant to the February 22, 2019 Joint Status Report, the Department of State ("State") made interim productions on February 28, 2019, March 28, 2019, and April 18, 2019.  State will continue its processing and release of records in accordance with the February 22, 2019 Joint Status Report.

<u>Department of Justice</u>.  The Federal Bureau of Investigation made productions on April 9, 2019, April 24, 2019, and May 8, 2019 of material referred to it for direct response to Plaintiffs.

---

[2] Plaintiffs do not concede that the searches Defendants have conducted to this point are adequate or that the material Defendants have withheld in part or in full is properly subject to exemption.
[3] On February 28, 2019, the DHS Privacy Office requested a short extension of its response date.

<u>Office of the Director of National Intelligence</u>.  The Office of the Director of National Intelligence made productions on April 15, 2019 and April 19, 2019 of material referred to it for direct response to Plaintiffs.

Because this Court ordered the parties to file an additional joint status report every 90 days, *see* October 18, 2018 Minute Order, the parties anticipate filing another joint status report no later than August 19, 2019.

Dated: May 21, 2019                                        Respectfully submitted,

/s/ Hugh Handeyside                                        JOSEPH H. HUNT
Hina Shamsi                                                Assistant Attorney General
Hugh Handeyside
American Civil Liberties Union Foundation                  MARCIA BERMAN
125 Broad Street, 18th Floor                               Assistant Branch Director
New York, NY 10004                                         Federal Programs Branch
Phone: (212) 284-7321
Fax: (212) 549-2654                                        /s/ Kevin M. Snell
E-mail: hshamsi@aclu.org                                   KEVIN M. SNELL
hhandeyside@aclu.org                                       Trial Attorney
                                                           United States Department of Justice
Arthur B. Spitzer                                          Civil Division, Federal Programs Branch
American Civil Liberties Union of the Nation's             1100 L Street N.W.
Capital                                                    Washington, D.C.  20530
4301 Connecticut Avenue NW, Suite 434                      Phone.: (202) 305-0924
Washington, D.C. 20008                                     Fax: (202) 616-8470
Phone: (202) 457-0800                                      E-mail:  Kevin.Snell@usdoj.gov
Fax: (202) 457-0805
artspitzer@aclu-nca.org                                    *Attorneys for Defendants*

*Attorneys for Plaintiffs*