# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:16-cv-221 (CKK) |

## SIXTEENTH JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit this Sixteenth Joint Status Report in response to the Court's October 18, 2018 Minute Order.

## BACKGROUND

This lawsuit arises out of a FOIA Request (the "Request") dated May 13, 2015 for records concerning the government's Countering Violent Extremism ("CVE") programs.[1] On August 19, 2019, the parties filed their fifteenth joint status report, informing the Court of the status of Defendants' responses to Plaintiffs' FOIA Request. ECF No. 36. This Court's October 18, 2018 Minute Order directs the parties to file a joint status report every ninety days.

## UPDATED STATUS

The parties continue to confer regarding Defendants' responses to Plaintiffs' Request.

---

[1] Plaintiffs' FOIA claims against Defendant Department of Education pertain only to a FOIA request dated October 15, 2015 concerning CVE.

Defendants state the following regarding their production of responsive, non-exempt records:[2]

<u>Department of Homeland Security</u>.  Pursuant to the December 21, 2016 Joint Status Report, the Department of Homeland Security ("DHS") Privacy Office made interim productions on August 28, 2019, September 30, 2019, and October 31, 2019.  The DHS Privacy Office will continue its processing and release of records in accordance with the December 21, 2016 Joint Status Report.

Pursuant to the March 20, 2017 Joint Status Report, the Cybersecurity & Infrastructure Security Agency ("CISA") at DHS, formerly known as the National Protection and Programs Directorate ("NPPD"), made interim productions on August 30, 2019, September 30, 2019, and October 31 31, 2019.  Going forward, CISA's records will be processed and released by the DHS Privacy Office, which will continue to process and release records in accordance with the processing schedule set forth for NPPD in the March 20, 2017 Joint Status Report.

<u>Department of State</u>.  Pursuant to the August 19, 2019 Joint Status Report, the Department of State ("State") made an interim production on August 30, 2019, and a final production of material that it located in its search on September 30, 2019.

<u>Department of Justice</u>.  The Federal Bureau of Investigation made a production on August 23, 2019, September 16, 2019, October 15, 2019, and November 15, 2019 of material referred to it for direct response to Plaintiffs.

Because this Court ordered the parties to file an additional joint status report every 90 days, *see* October 18, 2018 Minute Order, the parties anticipate filing another joint status report no later than February 18, 2020, *see* Fed. R. Civ. P. 6(a)(1)(C).

---

[2] Plaintiffs do not concede that the searches Defendants have conducted to this point are adequate or that the material Defendants have withheld in part or in full is properly subject to exemption.

Dated: November 18, 2019

Respectfully submitted,

/s/ Hugh Handeyside  
Hina Shamsi  
Hugh Handeyside  
American Civil Liberties Union Foundation  
125 Broad Street, 18th Floor  
New York, NY 10004  
Phone: (212) 284-7321  
Fax: (212) 549-2654  
E-mail: hshamsi@aclu.org  
hhandeyside@aclu.org

Arthur B. Spitzer  
American Civil Liberties Union of the Nation's Capital  
4301 Connecticut Avenue NW, Suite 434  
Washington, D.C. 20008  
Phone: (202) 457-0800  
Fax: (202) 457-0805  
artspitzer@aclu-nca.org

*Attorneys for Plaintiffs*

JOSEPH H. HUNT  
Assistant Attorney General

MARCIA BERMAN  
Assistant Branch Director  
Federal Programs Branch

/s/ Kevin M. Snell  
KEVIN M. SNELL  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street N.W.  
Washington, D.C. 20530  
Phone: (202) 305-0924  
Fax: (202) 616-8470  
E-mail: Kevin.Snell@usdoj.gov

*Attorneys for Defendants*