# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br>      Plaintiffs,<br>      v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>      Defendants. | Civil Action No. 16-cv-221(CKK) |

## ORDER
(May 14, 2021)

In light of the parties' [43] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 14th day of May, 2021, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge